**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1754**

In re: RICHARD B. MARTIN, JR.,

      Petitioner.

On Petition for Writ of Mandamus.

Submitted:  January 19, 2021           Decided:  January 26, 2021

Before KING and THACKER, Circuit Judges, and SHEDD, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Richard B. Martin, Jr., Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard B. Martin, Jr., petitions for a writ of mandamus seeking an order directing the U.S. Marshals Service (USMS) to provide him specified protections. We conclude that we lack authority to grant Martin's requested mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. *Murphy-Brown*, 907 F.3d at 795. This court's authority to issue a writ of mandamus "is only incidental to and in aid of [its] appellate jurisdiction, which Congress has given it over district courts, and administrative boards and agencies." *Gurley v. Superior Ct. of Mecklenburg Cnty.*, 411 F.2d 586, 587 (4th Cir. 1969) (per curiam) (citations omitted).

This Court lacks mandamus jurisdiction to order the USMS to provide the protections Martin requests. Accordingly, we deny the petition for writ of mandamus. We deny Martin's motions to seal, for any and all additional relief, for exemption from violated court rules, and for full judicial disclosure. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*